# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY and KRISTA BRYANT, )<br>individually and as parents of T.B. and L.B., )<br>minor children, )<br>)<br>    Plaintiffs, )<br>)<br>v. )<br>)<br>INDEPENDENT SCHOOL )<br>DISTRICT NO. 8 of Muskogee County, )<br>a/k/a Oktaha Public Schools, )<br>)<br>JAMES MURR, in his official capacity as )<br>President of the District's Board of Education, )<br>)<br>BELIENDA HALL-GARRETT, in her official )<br>capacity as Vice President of the District's Board )<br>of Education, )<br>)<br>RICHARD MERRITT, in his official capacity as )<br>Clerk of the District's Board of Education, )<br>)<br>KATY SMITH, in her official capacity as a )<br>member of the District's Board of Education, )<br>)<br>ALLEN YORK, in his official capacity as a )<br>member of the District's Board of Education, )<br>)<br>and )<br>)<br>SUPERINTENDENT JERRY NEEDHAM, )<br>individually and in his official capacity as )<br>Superintendent of the District, )<br>)<br>    Defendants. ) | Case No. 17 – CV – 00432 – JHP |

## REPORT AND RECOMMENDATION
## APPROVING SETTLEMENT FOR MINORS' CLAIMS

**NOW ON** this 1st day of November, 2018, this matter comes on for hearing before the undersigned Magistrate Judge, having been referred pursuant to 28 U.S.C. § 636(b)(1).

After reviewing the Court file and being fully advised in the premises, the undersigned Magistrate Judge makes the following findings:

1.  The minor Plaintiffs, T.B. and L.B. had been attending school at Oktaha Public Schools (the "School District") pursuant to Oklahoma's Education Open Transfer Act, OKLA. STAT. tit. 70, §§ 8-101.1 – 8.113. On or about June 12, 2017, Defendants provided Plaintiffs notice that the open transfers of the minor Plaintiffs, T.B. and L.B., would not be renewed for the 2017-2018 school year.

2.  As a result thereof, Terry and Krista Bryant, individually and as parents of T.B. and L.B., minor children, asserted various claims against Defendants.

3.  Defendants deny Plaintiffs' claims.

4.  The undersigned Magistrate Judge specifically finds that Terry and Krista Bryant, individually and as parents of T.B. and L.B., minor children, are the proper parties to bring this action on behalf of the minor children.

5.  Without admitting liability for any reason and solely to conclude the dispute between the parties and minimize the risks and costs of litigation, the parties have agreed to settle all claims, known or unknown, that Plaintiffs now have or may have against Defendants for the sum of **THIRTY THREE THOUSAND DOLLARS ($33,000.00)**. A copy of the Release and Settlement Agreement between Plaintiffs and the School District is attached as Exhibit "A" to the Joint Motion for Order Approving Settlement of Minors' Claims, filed in this case. The Release and Settlement Agreement is incorporated herein as if set out in full.

6.  Plaintiffs request that the settlement amount be divided as follows:

    A.  T.B., Five Hundred Dollars ($500.00) for emotional distress;

      B.      L.B., Five Hundred Dollars ($500.00) for emotional distress;

      C.      Terry and Krista Bryant, Twenty Thousand Dollars ($20,000.00) for emotional distress; and

      D.      Jones, Gotcher & Bogan, P.C. Twelve Thousand Dollars ($12,000) for legal fees.

7. The balance of the settlement, for each of the minor children, being less than One Thousand Dollars ($1,000) is not required to be placed in a trust account pursuant to Title 12, Section 83 of the Oklahoma Statutes.

8. The undersigned Magistrate Judge finds Plaintiffs have reached an informed decision to waive their rights to trial by jury or the Court. Plaintiffs are aware that once approved by the court, the settlement will fully compromise and conclude any claims that (a) T.B. and L.B., minor children, (b) Terry and Krista Bryant, individually or as parents of minors T.B. and L.B., and (c) any other person individually or on behalf of T.B. and L.B. may have against Defendants and any other person or entity as set out in the Release and Settlement Agreement attached as Exhibit "A" to the Joint Motion for Order Approving Settlement of Minors' Claims, even if Plaintiffs and said minors' conditions change or new injuries develop or are discovered after this settlement.

9. The undersigned Magistrate Judge finds the settlement agreement is fair, equitable, and in the best interest of the minor children.

10. The undersigned Magistrate Judge further finds that the settlement agreement was entered into free from fraud, coercion or duress by any of the parties, their agents, insurers, or attorneys.

11. Plaintiffs are aware that by settling this case they have agreed to dismiss this case **with** prejudice to refiling.

**IT IS THEREFORE RECOMMENDED** that the Joint Motion for Order Approving Settlement of Minors' Claims be GRANTED.

**IT IS FURTHER RECOMMENDED** that the settlement between the parties be approved.

**IT IS SO ORDERED** this 1st day of November, 2018.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma