# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| TERRY and KRISTA BRYANT, individually and as parents of T.B. and L.B., minor children,<br><br>　　　Plaintiff,<br><br>v.<br><br>INDEPENDENT SCHOOL DISTRICT NO. 8 of Muskogee County, a/k/a Oktaha Public Schools, et al.,<br><br>　　　Defendants. | Case No. 17-CV-432-JHP |

## ORDER AFFIRMING AND ADOPTING THE REPORT
## AND RECOMMENDATION OF THE
## UNITED STATES MAGISTRATE JUDGE

On November 1, 2018, the United States Magistrate Judge entered a Report and Recommendation approving the settlement for the minor's claims. (Dkt.# 57). This Court finds that the Report and Recommendation of the United States Magistrate Judge is supported by the record. Therefore, upon full consideration of the entire record and the issues presented herein, this Court finds and orders that the Report and Recommendation entered by the United States Magistrate Judge on November 1, 2018, be **AFFIRMED** and **ADOPTED** by this Court as its Findings and Order.

IT IS SO ORDERED this 28th day of November, 2018.

James H. Payne
United States District Judge
Eastern District of Oklahoma