IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. **TERRY AND KRISTA BRYANT,** individually and as parents of T.B. and L.B. minor children,<br><br>    PLAINTIFFS,<br><br>v.<br><br>1. **INDEPENDENT SCHOOL DISTRICT NO. 8 OF MUSKOGEE COUNTY, OKLAHOMA,** a/k/a **OKTAHA PUBLIC SCHOOLS,**<br><br>2. **JAMES MURR**, in his official capacity as President of the Oktaha Board of Education,<br><br>3. **BELIENDA HALL-GARRETT**, in her official capacity as Vice-President of the Oktaha Board of Education,<br><br>4. **RICHARD MERRITT**, in his official capacity as Clerk of the Oktaha Board of Education,<br><br>5. **KATY SMITH**, in her official capacity as a member of the Oktaha Board of Education,<br><br>6. **ALLEN YORK**, in his official capacity as a member of the Oktaha Board of Education,<br><br>7. **JERRY NEEDHAM**, individually and in his official capacity,<br><br>    DEFENDANTS. | **CASE NO: 17-CV-432-JHP** |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiffs, Terry and Krista Bryant, individually and as parents of T.B. and L.B., minor children ("Plaintiffs"), and Defendants, Independent School District No. 8 of Muskogee County, Oklahoma, also known as the Oktaha Public Schools (the "School District"); James Murr, in his

official capacity as President of the School District's Board of Education; Belienda Hall-Garrett, in her official capacity as Vice-President of the School District's Board of Education; Richard Merritt, in his official capacity as Clerk of the School District's Board of Education; Katy Smith, in her official capacity as member of the School District's Board of Education; Allen York, in his official capacity as member of the School District's Board of Education; and Jerry Needham, individually and in his official capacity as the School District's Superintendent (referred to collectively as the "School District Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims asserted by Plaintiffs against Defendants in this action with prejudice. Plaintiffs and Defendants shall bear their own costs and attorney's fees.

| | |
|---|---|
| s/ Patrick G. Colvin | s/ Cheryl A. Dixon |
| | *(signed by filing attorney with permission)* |
| JONES, GOTCHER & BOGAN, P.C. | ROSENSTEIN, FIST & RINGOLD |
| Patrick G. Colvin, OBA # 31519 | Frederick J. Hegenbart, OBA # 10846 |
| 15 East 5th Street, Suite 3800 | Cheryl A. Dixon, OBA # 21958 |
| Tulsa, Oklahoma 74103 | 525 S. Main, Suite 700 |
| Telephone: (918) 581-8200 | Tulsa, Oklahoma 74103 |
| Facsimile: (918) 583-1189 | Telephone: (918) 585-9211 |
| pcolvin@jonesgotcher.com | Facsimile: (918) 583-5617 |
| **Attorney for Plaintiffs** | fredh@rfrlaw.com |
| | cdixon@rfrlaw.com |
| | **Attorneys for Defendants** |

## CERTIFICATE OF SERVICE

      I hereby certify that on November 28, 2018, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Frederick J. Hegenbart
Cheryl A. Dixon

                                                                             s/ Patrick G. Colvin